## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
No. 5:26-cv-00368-FL

| | | |
|---|---|---|
| Olubusayo Adesanya, M.D. | ) | |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **[PROPOSED] ORDER ON MOTION TO** |
| Cumberland County Hospital System, Inc. d/b/a Cape Fear | ) | **WITHDRAW** |
| Valley Health Systems, Cape Fear Valley Health, Cape Fear | ) | |
| Valley Behavioral Health Care and/or Cape Fear Valley | ) | |
| Medical Center and Kenneth Fleishman, M.D. | ) | |

Pursuant to Local Civil Rule 5.2, the motion to withdraw is hereby GRANTED and

counsel's appearance for Olubusayo Adesanya, M.D. ("Client") in this action is terminated.

With regard to Client's continued representation, the court ORDERS as follows:

__X__      For individual parties: Within 21 days of the filing date of this order, Client must file a notice of self-representation <u>or</u> cause new counsel to file a notice of appearance.

_____      For entity parties: Within 21 days of the filing date of this order, Client must cause new counsel to file a notice of appearance. Pursuant to Local Civil Rule 5.2(b)(2), no corporation, limited liability company, partnership, trust, or association may appear pro se, but must be represented by an attorney who is admitted to practice in this court.

**A party that fails to file a notice of self-representation or cause new counsel to file a notice of appearance may be subject to sanctions, including but not limited to dismissal or default judgment. A self-represented party is responsible for being familiar and complying with all applicable rules and pending deadlines in this action.**

SO ORDERED. This _____ day of _____ , __2026__.

_____
LOUISE W. FLANAGAN
CHIEF UNITED STATES DISTRICT JUDGE