# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

OLUBUSAYO ADESANYA, M.D.,

      Plaintiff,

v.

CUMBERLAND COUNTY HOSPITAL
SYSTEM, INC. d/b/a CAPE FEAR
VALLEY HEALTH SYSTEMS, CAPE
FEAR VALLEY HEALTH, CAPE FEAR
VALLEY BEHAVIORAL HEALTH
CARE, and/or CAPE FEAR VALLEY
MEDICAL CENTER AND KENNETH
FLEISHMAN, M.D.,

      Defendants.

Civil Action No. 5:26-cv-00368-FL

## CORRECTED MOTION TO WITHDRAW AS COUNSEL

COMES NOW Alison E. Smith, Esq., of the law firm of Edwards Beightol, LLC, as counsel for Plaintiff Olubusayo Adesanya, M.D. ("Plaintiff"), and respectfully moves the Court pursuant to Local Civil Rule 5.2(e) and Rule 1.16 of the North Carolina Rules of Professional Conduct that Alison E. Smith, Esq., and the law firm of Edwards Beightol, LLC, be allowed to withdraw as counsel for Plaintiff in this action.

In support thereof, the undersigned attorney states as follows:

1. On February 28, 2026, Plaintiff received her Notice of Right to Sue (Charge No. 433-2026-01608) from the EEOC, making her statute of limitations run on May 29, 2026.

2. On April 30, 2026, Plaintiff first contacted the law firm of Edwards Beightol, LLC, to inquire about representation regarding her Notice of Right to Sue.

3. On May 6, 2026, the law firm of Edwards Beightol, LLC, entered into a representation agreement with Plaintiff.

4. On May 29, 2026, Alison E. Smith, Esq., of the law firm Edwards Beightol, LLC, filed Plaintiff's Complaint within all applicable statutes of limitation and repose.

5. On June 15, 2026, Plaintiff filed a Waiver of Service of Summons for Defendant Cumberland County Hospital System, Inc. ("Defendant CCHS") and a Waiver of Service of Summons for Defendant Kenneth Fleishman, M.D. ("Defendant Fleishman"), extending Defendant CCHS's and Defendant Fleishman's time to respond to July 31, 2026.

6. Given the extremely early stage of litigation, withdrawal can be accomplished without material adverse effect on Plaintiff's interests.

7. Withdrawal is further warranted under Rule of Professional Conduct 1.16(b).[1]

8. Plaintiff's last known mailing and physical address is 2611 Edmonton Rd., Fayetteville, North Carolina, 28304.

9. The undersigned has conferred with Plaintiff, who has indicated that she consents to the instant motion. Plaintiff further requests a temporary stay of this matter for thirty (30) days to allow her time to retain new counsel.

---

[1] The factual bases for this Motion exclusively involve attorney-client privileged communications. As such, if the Court requires additional information, the undersigned movant requests to submit declarations from herself and Catharine E. Edwards, also of Edwards Beightol, LLC, regarding these communications to the Court for *in camera* review.

2

WHEREFORE, the undersigned attorney respectfully requests this Court grant the instant Corrected Motion to Withdraw as Counsel and enter an Order, which has been simultaneously submitted herewith, discharging Alison E. Smith, Esq., and the law firm of Edwards Beightol, LLC, as counsel for Plaintiff.

This the 24th day of June, 2026.

Respectfully submitted,

/s/ *Alison E. Smith*
Alison E. Smith
N.C. State Bar No. 61856
aes@eblaw.com
EDWARDS BEIGHTOL, LLC
P.O. Box 6759
Raleigh, NC 27628
(T) 919-636-5100

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I served a copy of the foregoing **CORRECTED MOTION TO WITHDRAW AS COUNSEL** with the Clerk of Court using the CM/ECF System, which will send notice of such filing to all parties and/or their attorneys of record, and upon Plaintiff Olubusayo Adesanya, M.D., via electronic mail, addressed to best.adesanya@gmail.com.

This the 24th day of June, 2026.

/s/ *Alison E. Smith*
Alison E. Smith
N.C. State Bar No. 61856
aes@eblaw.com
EDWARDS BEIGHTOL, LLC
P.O. Box 6759
Raleigh, NC 27628
(T) 919-636-5100

4