

PRIORITY MAIL
VISIT US AT USPS.COM®
Label 106A, Nov 2018
United States
Postal Service®
FLAT RATE ENVELOPE

## UNITED STATES POSTAL SERVICE.

Retail

**P**

### US POSTAGE PAID

**$17.85**

Origin: 30134
06/25/26
1226850394-70

destinations.

### PRIORITY MAIL®

0 Lb 4.60 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 06/29/26

overage.

**B099**

Package Pickup,
QR code.

SHIP
TO:

PO BOX 25670
RALEIGH NC 27611-5670



**USPS SIGNATURE® TRACKING #**

9510 8121 1669 6176 4599 53

OM/PICKUP

 

- Expected delivery
- Domestic shipme
- USPS Tracking®
- Limited internatio
- When used inter

*Insurance does not co
Domestic Mail Manual
** See International Ma

**FLAT RA**
ONE RATE ■ A

**TRACKE**

PS00001

### UNITED STATES POSTAL SERVICE ®

**PRIORITY® MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Olubusayo Adesanya
2611 Edmonton Rd
Fayetteville, NC, 28304

**RECEIVED**

JUN 29 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

**TO:**

Clerk of Court
United states District, EDNC
P.O BOX 25670
Raleigh, NC, 27611

Label 228, December 2023

FOR DOMESTIC AND INTERNATIONAL USE



# UNITED STATES POSTAL SERVICE ®

# PRIORITY® MAIL

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

# VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.