IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CV-368-FL

| | | |
|---|---|---|
| OLUBUSAYO ADESANYA, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CUMBERLAND COUNTY HOSPITAL | ) | ORDER |
| SYSTEM, INC. d/b/a Cape Fear Valley | ) | |
| Health Systems, Cape Fear Valley Health, | ) | |
| Cape Fear Valley Behavioral Health Care, | ) | |
| and/or Cape Fear Valley Medical Center | ) | |
| and KENNETH FLEISHMAN, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon motion to withdraw filed by plaintiff's counsel Alison E. Smith June 24, 2026 (DE 9). Plaintiff filed notice of self-representation Jun 29, 2026, and response to counsel's motion to withdraw, which the court construes as a motion for temporary stay (DE 14). Pursuant to Local Civil Rule 5.2(e) and with plaintiff's consent, the motion to withdraw (DE 9) is GRANTED, and counsel's appearance for plaintiff in this action is TERMINATED. Unless a party raises objection in filing due within 14 days from the date of this order, for good cause shown, plaintiff's motion for temporary stay (DE 14) is GRANTED, and all pending deadlines in this matter hereby are STAYED 30 days.

SO ORDERED, this the 29th day of June, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge