# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

Civil Action No. 5:26-cv-368-FL

OLUBUSAYO ADESANYA, M.D., )
)
Plaintiff, )
)
v. )
) **NOTICE OF APPEARANCE**
CUMBERLAND COUNTY HOSPITAL )
SYSTEM, INC. d/b/a Cape Fear Valley Health )
Systems, Cape Fear Valley Health, Cape Fear )
Valley Behavioral Health Care, and/or Cape )
Fear Valley Medical Center and KENNETH )
FLEISHMAN, M.D., )
)
Defendants. )
_____ )

Comes now the undersigned attorney, P. Sunny Panyanouvong-Rubeck, and enters

her appearance as counsel on behalf of Plaintiff, Olubusayo Adesanya. The undersigned is

admitted to practice in this court.

Respectfully submitted this 29th day of July, 2026.

**HKM Employment Attorneys LLP**

*s/Sunny Panyanouvong-Rubeck*
Sunny Panyanouvong-Rubeck
N.C. Bar No. 39966
3623 Latrobe Drive, Unit 122
Charlotte, NC 28211
(980) 734-3851
spanyanouvong-rubeck@hkm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 29, 2026, this **NOTICE OF APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system which will electronically notify all counsel of record.

**HKM Employment Attorneys LLP**

*s/Sunny Panyanouvong-Rubeck*
Sunny Panyanouvong-Rubeck