IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-cv-368-FL

| | | |
|---|---|---|
| OLUBUSAYO ADESANYA, M.D., | ) | |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **NOTICE OF SPECIAL APPEARANCE** |
| | ) | |
| CUMBERLAND COUNTY HOSPITAL | ) | |
| SYSTEM, INC. d/b/a Cape Fear Valley | ) | |
| Health Systems, Cape Fear Valley Health, | ) | |
| Cape Fear Valley Behavioral Health Care, | ) | |
| and/or Cape Fear Valley Medical Center and | ) | |
| KENNETH FLEISHMAN, M.D., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Please take notice that the undersigned Artur Davis hereby enters a notice of special appearance as attorney for Plaintiff, Olubusayo Adesanya in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, P. Sunny Panyanouvong-Rubeck.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

**HKM Employment Attorneys LLP**

*s/Artur Davis*
Artur Davis
ASB-3672-D56A
2024 3rd Avenue North, Suite 212
Birmingham, AL 35203
205-881-0935
adavis@hkm.com

*s/Sunny Panyanouvong-Rubeck*
Sunny Panyanouvong-Rubeck
N.C. Bar No. 39966
3623 Latrobe Drive, Unit 122
Charlotte, NC 28211
(980) 734-3851
spanyanouvong-rubeck@hkm.com
Local Civil Rule 83.1(d) Attorney for Plaintiff

2

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on July 30, 2026, this **NOTICE OF SPECIAL APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system which will electronically notify all counsel of record.

**HKM Employment Attorneys LLP**

*s/Artur Davis*
Artur Davis

3