# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

Civil Action No. 5:26-cv-368-FL

OLUBUSAYO ADESANYA, M.D., )
)
Plaintiff, )
)
v. )
) **ORDER TO SEAL**
) **[DOCKET ENTRY NUMBER 7]**
CUMBERLAND COUNTY HOSPITAL )
SYSTEM, INC. d/b/a Cape Fear Valley Health )
Systems, Cape Fear Valley Health, Cape Fear )
Valley Behavioral Health Care, and/or Cape )
Fear Valley Medical Center and KENNETH )
FLEISHMAN, M.D., )
)
Defendants. )
)

Upon Motion of the Plaintiff, it is hereby ORDERED that Docket Entry Number 7 be sealed.

SO ORDERED. This, the 11 day of August, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge