**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

Civil Action No. 5:26-cv-368-FL

| | | |
|---|---|---|
| OLUBUSAYO ADESANYA, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>CUMBERLAND COUNTY HOSPITAL SYSTEM, INC. d/b/a Cape Fear Valley Health Systems, Cape Fear Valley Health, Cape Fear Valley Behavioral Health Care, and/or Cape Fear Valley Medical Center and KENNETH FLEISHMAN, M.D.,<br><br>Defendants. | ) | **SELECTION OF MEDIATOR** |

Pursuant to Local Civil Rule 101.1c(a), the parties hereby submit this Selection of Mediator. The parties agree upon and have selected the following individual to serve as mediator in this case:

Angelique R. Vincent
Robinson Bradshaw
600 S. Tryon Street
Charlotte, NC 28202
(704) 377-2536
AVincent@rbh.com

Respectfully submitted this 22nd day of September, 2026.

**HKM Employment Attorneys LLP**

*s/Sunny Panyanouvong-Rubeck*

Sunny Panyanouvong-Rubeck
N.C. Bar No. 39966
3623 Latrobe Drive, Unit 122
Charlotte, NC 28211
(980) 734-3851
spanyanouvong-rubeck@hkm.com

Artur Davis
(admitted in Alabama)
ASB-3672-D56A
2024 3rd Ave. North, Suite 212
Birmingham, AL 35203
(205) 881-0935
adavis@hkm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 22, 2026, this **Selection of Mediator** was electronically filed with the Clerk of Court using the CM/ECF system which will electronically notify all counsel of record.

**HKM Employment Attorneys LLP**

*s/Sunny Panyanouvong-Rubeck*
Sunny Panyanouvong-Rubeck